UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | District Court Case CV 11-2388 AHM<br>Bankruptcy Case LA05-43980-AA<br>Adversary Case N/A | Date | March 23, 2011 |
|---|---|---|---|
| Title | In Re: SHANEL ANN STASZ | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court GRANTS Appellant's request for a waiver of filing fees.

This matter is remanded to the Bankruptcy Court.

|  | : |
|---|---|
| Initials of Preparer | SMO |

**JS-6**

cc: **Bankruptcy Court**